IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:24-cv-00253-FL

| | | |
|---|---|---|
| WARNER TELECOMM LTD., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ON JOINT MOTION TO** |
| | ) | **STAY CASE DEADLINES AND** |
| v. | ) | **PROVIDE BRIEFING** |
| | ) | **SCHEDULE FOR MOTIONS** |
| GTT AMERICAS, LLC, | ) | **FOR JUDGMENT ON THE** |
| | ) | **PLEADINGS** |
| Defendant. | ) | |

THIS MATTER is before the Court upon Plaintiff Warner Telecomm Ltd.'s and GTT Americas, LLC's Joint Motion to Stay Case Deadlines and Provide a Briefing Schedule for Motions for Judgment on the Pleadings (the "Motion"). In the Motion, the parties seek to stay all case deadlines pending resolution of their forthcoming cross motions for judgment on the pleadings, to promote an efficient and cost-effective resolution of this case. For good cause shown, the Motion is GRANTED.

THEREFORE, all deadlines in the Court's Case Management Order shall be stayed pending resolution of the parties' forthcoming cross motions for judgment on the pleadings. The Parties shall have until May 5, 2025, to file cross motions for judgment on the pleadings; until June 2, 2025, to file any responses thereto; and until June 16, 2025, to file any replies, which shall not exceed five pages. Unless otherwise ordered by the Court, within twenty-one days of entry of the Court's Order on the parties' cross motions for judgment on the pleadings, the parties shall submit proposed, revised case deadlines for the Court's consideration.

SO ORDERED, this the 2nd day of April, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge